B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
VINCENT CASTILLO, State Bar No. 209298
vcastillo@llcllp.com
KARA A. ABELSON, State Bar No. 279320
kabelson@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK
And BNSF RAILWAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLANCHE CRIDER, An Individual<br><br>Plaintiff,<br><br>v.<br><br>PINON TRUCKING, A Business Organization Form Unknown; THE NATIONAL RAILROAD PASSENGER CORPORATION, d.b.a. AMTRAK; BNSF RAILWAY, A Corporation, And DOES 1-25, Inclusive<br><br>Defendants. | Case No. C 12-03748 SI ADR<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE AND ORDER THEREON**<br><br>Date:  January 11, 2013<br>Time: 3:00 p.m.<br>Ctrm:  10, 19th Floor<br>Judge: The Honorable Susan Illston |

Plaintiff Blanche Crider and Defendants National Railroad Passenger Corporation, BNSF Railway, and Pinon Trucking, through their attorneys of record, request a telephonic appearance at the **January 11, 2013, 3:00 p.m.** further Case Management Conference.

Dated: January 4, 2013          LOMBARDI, LOPER & CONANT, LLP

By: /s/ *Kara A. Abelson*
KARA A. ABELSON
Attorneys for Defendants
NATIONAL RAILROAD PASSENGER
CORPORATION dba AMTRAK and
BNSF RAILWAY COMPANY

Dated: January 4, 2013          POWERS & MILLER

By: /s/ *Robert F. Bennett*
R. JAMES MILLER
ROBERT F. BENNETT
Attorneys for Defendant
FIDEL PINON

Dated: January 4, 2013          LAW OFFICES OF JASON A. POLLACK

By: /s/ *Jason A. Pollack*
JASON A. POLLACK
ATTORNEYS FOR PLAINTIFF
BLANCHE CRIDER

## ORDER

The parties' request for telephonic appearance at the **January 11, 2013, 3:00 p.m.** further Case Management Conference is granted.

Dated: 1/8, 2013

Judge Susan Illston